ACCEPTED
03-14-00560-CR
5482140
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00560-CR**
**IN THE COURT OF APPEALS, THIRD SUPREME JUDICIAL DISTRICT**

_____

| | |
|---|---|
| **CHRISTOPHER NEWBERRY** Appellant **VS.** **THE STATE OF TEXAS** | FILED IN 3rd COURT OF APPEALS AUSTIN, TEXAS 6/1/2015 12:00:00 AM JEFFREY D. KYLE Clerk |

_____

**Cause No. C1CR-14-209349, Travis County, Texas, County Court #5, Honorable, Nancy Hohengarten, presiding**

_____

**APPELLANT'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, CHRISTOPHER NEWBERRY, appellant, pursuant to *U.S.Const.,* Amends. 5 & 14, *Tex.Const.,* Art. I, *Secs*. 13 & 19, and *T.R.A.P.,* not limited to Rules 4.1, 10.5, 38.6 and 38.9, and moves the Court to extend the time for filing appellant's brief TWENTY-FOUR (24) days to June 8, 2015, and shows:

**I. PROCEDURAL HISTORY.**

On or about August 7, 2014, on plea of not guilty, a jury convicted appellant of driving while intoxicated, a class B misdemeanor. The court assessed sentence of 120 days Travis County jail, no fine. *Motion for New Trial* apparently was timely filed August 28, *2014. Notice of Appeal* was filed prematurely on August 28, 2014, and an *Amended Notice of Appeal* was filed October 14, 2015 (correcting the defendant's name in the body of the *Notice*). The reporter's record was filed December 16, 2014.

**II. THREE PRIOR EXTENSIONS.**

Appellant has received two extensions of time to file his brief.

**III. TIME OF MOTION.**

The brief was due May 15, 2015. This motion is filed by efile within 15 days thereof.

**IV. REASONS FOR EXTENSION OF TIME.**

Appellant requests for an extension of time based on the following:

1

1. Counsel has been diligently working to complete the brief in this case but reasonably does not expect it to be completed until June 8, 2015.

2. He is a solo practitioner without support staff.

3. He four (4) days of work during this time due to an unexpected root canal and repair of a second root canal/crown that failed.

4. Since the last extension was granted, counsel represented some 41 clients with some 62 cases (approximately 37/56 appointed and/or jail requiring prompt disposition) and disposed of some 8 defendants and 15 cases. This includes having to prepare for jury trial in mid-June in 2 cases which have thousands of unique pages of documentary evidence, some difficult witnesses, computer forensics, but which the trial court reverse a prior ruling and grant a continuance on May 22 because of the State providing late discovery of hours of not previously provided recorded witness interviews and phone calls.

5. Therefore, asks this Honorable Court to extend the time for filing brief TWENTY-FOUR (24) days to June 8, 2015, so appellant will be given a full and meaningful appeal and accorded due process and due course of law, his right to appeal and effective assistance of counsel.

WHEREFORE, appellant prays this Court grant this motion and extend the time for filing

his brief TWENTY-FOUR (24) days to June 8, 2015.

> RESPECTFULLY SUBMITTED,
>  /s/ Christopher P. Morgan
>
> Christopher P. Morgan
> State Bar No. 14435325
> 3009 N. IH 35
> Austin, Texas 78722
> (512) 472-9717 // FAX:  472-9798
> ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE:** I, Christopher P. Morgan, certify a true and correct copy of this Motion was served on the Office of the County Attorney for Travis County, Texas on June 1, 2015, by mail to P.O.Box 1748, Austin, TX 78767 .
>  /s/ Christopher P. Morgan